# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

SCOTT A. DEVORE,

    Plaintiff,

v.

WELS FARGO BANK, N.A.,

    Defendant.

5:19-cv-01622-SL

Judge Honorable Sara Lioi

## PRELIMINARY ESTIMATE OF ATTORNEY FEES AND EXPENSES

Pursuant to Case Management Conference Scheduling Order (Dkt. #10) and this Honorable Court's procedures, SCOTT A. DEVORE ("Plaintiff") submits this Preliminary Estimate of Attorney Fees and Expenses.  Plaintiff may seek payment of his attorney fees and costs from all named Defendants in this case.

**Attorney's Fees**
1. Preliminary Investigation and Filing Complaint: $2,500.00
2. Procedural Motions Practices: $1,000.00
3. Discovery: $25,000.00
4. Dispositive Motions Practice: $10,000.00
5. Settlement Negotiations: $3,000.00
6. Trial: $30,000

Total Estimated Fees: $71,500.00

**Costs**
1. Depositions: $900.00
2. Experts: $5000.00
3. Witness Fees: $500.00
4. Other: $5,000.00.

Total Estimated Costs: $11,400.00

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Nathan C. Volheim*
Nathan C. Volheim