UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

SCOTT A. DEVORE,

   Plaintiff,

v.                                                  5:19-cv-01622-SL

WELLS FARGO BANK, N.A.,

   Defendant.

## JOINT STATUS REPORT

Pursuant to this Honorable Court's Order entered on December 11, 2019 (Dkt. #14), the parties submit the following Status Report:

### I. Discovery

The parties have exchange written discovery and are on track to complete all discovery within the current deadline. The parties intend on taking the deposition of one another over the next month or so.
.

### II. Settlement Discussions

The parties have engaged in confidential settlement discussions, but the Defendant has expressed the need to take the deposition of the Plaintiff prior to responding to Plaintiff's demand tendered several months ago.

### III. Motions

There are no motions currently pending.

### IV. Further Developments

None at this time.

Dated: March 9, 2020

        */s/ Nathan Volheim*
        Nathan C. Volheim, #6302103
        Sulaiman Law Group, Ltd.
        2500 South Highland Ave., Suite 200
        Lombard, Illinois 60148
        Phone: (630) 568-3056
        Facsimile: (630) 575-8188
        Email: nvolheim@sulaimanlaw.com

        *Attorney for Plaintiff*


        */s/ Virginia W. Barnhart*
        Virginia W. Barnhart (Bar No. 03345 (MD))
        Womble Bond Dickinson (US) LLP
        100 Light Street, 26th Floor
        Baltimore, MD 21202
        Phone: (410) 545-5803
        Fax: (410) 545-5801
        Email:  Virginia.Barnhart@wbd-us.com

        *Attorneys for Defendant, Wells Fargo Bank, N.A*

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Plaintiff, certifies that on March 9, 2020, he caused a copy of the foregoing, JOINT STATUS REPORT, to be served via the Court's electronic filing database on all parties of record.

Respectfully submitted,

s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103

*Counsel for Plaintiff*